IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUKIE SOTO-ELLIOTT, <br><br> Plaintiff, <br><br> vs. <br><br> ANDEREW HANQUIST, Central Attorney, in his official capacity; SCOTT RIEF, law firm attorney, in his official capacity; POLLY COLLINS, law firm attorney, in her official capacity; FULL CIRCLE SERVICE, in their official capacity; STATE OF NEBRASKA, in their official capacity; OWNER OF THE FIRM, in their official capacity; and ALL LAWYERS IN THE FIRM ATTORNEYS, in their official capacities; <br><br> Defendants. | 8:25CV37 <br><br> MEMORANDUM AND ORDER |

Plaintiff Yukie Soto-Elliott, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.


Dated this 5th day of February, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge